UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**DAVID L.A. WILLIAMS,**
    **Plaintiff,**

  v.                                                        Case No. 06-C-1124

**OFFICER MISCICHOSKI,**
**OFFICER PRATT, OFFICER KLINE,**
**OFFICER HANANAN and**
**CITY ATTORNEY GRANT LANGLEY,**
    **Defendants,**

---

### ORDER

    Plaintiff, David L. A. Williams, has filed this pro se civil rights complaint under 42 U.S.C. § 1983 and is proceeding pro se. This matter comes before me on plaintiff's "motion of discovery." Plaintiff's motion is simply a demand for the monetary amount requested in his complaint. At this stage in the litigation, there is no basis for a monetary award. Therefore, I will deny plaintiff's motion.

    **IT IS THEREFORE ORDERED** that plaintiff's motion of discovery (Docket #52) is **DENIED**.

    Dated at Milwaukee, Wisconsin, this 5 day of November, 2008.

                                                      /s_____
                                                      LYNN ADELMAN
                                                      District Judge