UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DAVID LEE A WILLIAMS,
    Plaintiff,

v.                                          Case No. 06-C-1124

MPD OFFICER BRENT MISCICHOSKI,
CITY ATTORNEY GRANT LANGLEY,
OFFICER PRATT, OFFICER KLINE,
and OFFICER HANANAN,
    Defendants.

## ORDER

    Plaintiff, David L. A. Williams, who is proceeding pro se, has filed a "motion of cause for trial." Plaintiff's motion contains a recitation of some of plaintiff's allegations in this case. However, it was not filed in response to any document filed by defendants, and it seeks no specific relief. I entered a scheduling order in this case on November 5, 2008. The deadlines for discovery and filing dispositive motions have not yet passed. At this time, plaintiff's motion for a trial is premature, and I will deny it.

    **IT IS THEREFORE ORDERED** that plaintiff's motion for order "for cause for trial" (Docket #56) is **DENIED AS PREMATURE**.

    Dated at Milwaukee, Wisconsin, this 29 day of January, 2009.

                                                  /s                        
                                                  LYNN ADELMAN
                                                  District Judge