UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**DAVID LEE A. WILLIAMS,**
    **Plaintiff,**

    v.                           Case No. 06-C-1124

**MPD OFFICER BRENT MISCICHOSKI,
CITY ATTORNEY GRANT LANGLEY,
OFFICER PRATT, OFFICER KLINE,
and OFFICER HANANAN ,**
    **Defendants.**

### ORDER

    Plaintiff David Lee A Williams filed this pro se civil rights action pursuant to 42 U.S.C. § 1983.  In a decision and order dated July 30, 2007, I allowed plaintiff to proceed on a Fourth Amendment unlawful arrest claim, a Fourteenth Amendment due process claim and a § 1983 conspiracy claim.  On November 5, 2008, I issued a scheduling order in this case that provided a deadline of February 5, 2009, for the completion of discovery and a deadline of March 5, 2009, for the filing of dispositive motions.

    A review of the docket reveals that no party has filed a dispositive motion.  Consequently, I would like an update regarding the status of this case.  Each party shall, on or before **Monday, May 4, 2009**, submit a letter to this court setting forth that party's perspective regarding the status of this case and whether a trial date should be scheduled.

    Plaintiff is also reminded that if he fails to respond by **May 4, 2009**, this case may be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedures 41(b) and Civil Local Rule 41.3 (E.D. Wis.).

## CONCLUSION

**For the foregoing reasons,**

**IT IS ORDERED** that on or before **May 4, 2009**, each party shall submit a letter to this court setting forth the party's perspective regarding the status of this case.

Dated at Milwaukee, Wisconsin, this 6 day of April, 2009.

/s
LYNN ADELMAN
District Judge